IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALAN DOERING                                              PLAINTIFF

v.                       Civil No. 6:15-CV-6093

REED (Assistant Director of ADC);
WARDEN FAUST; SGT. MELUGIN;
and SGT. RYAN                                    DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed April 29, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Bryant recommends that Plaintiff's claims against all Defendants be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g). Thus, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 3rd day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge